**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Tequan Martrell Holmes, Appellant.

Appellate Case No. 2019-001313

———————————

Appeal From Aiken County
Thomas W. Cooper, Jr., Circuit Court Judge

———————————

Unpublished Opinion No. 2021-UP-407
Submitted November 1, 2021 – Filed November 17, 2021

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Adam Sinclair Ruffin, of Columbia, and Tequan Martrell Holmes, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Melody Jane Brown, both of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.